In re Application of the "Lawyers' Surety Co. of N. Y." for an Order Respecting the Approval of Bonds and Undertakings, etc. Norwood & Coggeshall, for petitioner. Petition authorizing the approval of bonds of the Lawyers' Surety Co. of N. Y. granted.

Edward Duffy, Respondent, v. John Dawson; Cornelius Evans, Appellant, v. John Dawson. Johnston & Johnston, for respondent. A. E. Woodruff, for appellant. Motion for reargument denied, with ten dollars costs.

Catharine A. Peters, Respondent, v. Sidney H. Stuart, as Administrator, etc., Appellant. Seaman Miller, for respondent. Theo. N. Melvin, for appellant. Motion for reargument denied, with ten dollars costs.

Henry A. Capell and Another, Respondents, v. Jeremiah C. Lyon and Another, Appellants. B. Lewinson, for respondents. C. E. Souther, for appellants. Motion for reargument denied, with ten dollars costs.

Jacob Klee, Appellant, v. Hugh J. Grant, Sheriff, etc., Respondent. Sampter & Bloomfield, for appellant. Cockran & Clarke, for respondent. Motion for reargument granted.

Wm. Morowsky and Another, Respondents, v. Wm. F. Rohrig, Appellant. F. & H. Gumbleton, for respondents. Simon Sultan, for appellant. Motion for reargument granted.


Before BOOKSTAVER and BISCHOFF, JJ.

Wm. T. Brown, Respondent, v. George Brown, Appellant. D. M. Newburger, for respondent. F. A. Burnham, for appellant. Appeal from judgment of Eleventh Judicial District Court, MURRAY, J. Judgment reversed, new trial ordered, costs to appellant to abide the event.